IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUBEN C. FERNANDEZ-OLIVARES,

    Plaintiff,

vs.                                  CASE NO. 5:10cv55/RS-MD

PMI EMPLOYEE LEASING, INC., et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed because of Plaintiff's failure to timely achieve service of process.

3. The clerk is directed to close the file.

**ORDERED** on November 30, 2010.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**